**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*    **8:18-bk-11792-MW**    Chapter    **11**

■ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Modern VideoFilm, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4412059** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **c/o Grobstein Teeple LLP**<br>**One Venture Plaza, Suite 250**<br>**Irvine, CA 92618**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Debtor    **Modern VideoFilm, Inc.**                                    Case number (*if known*)   **8:18-bk-11792-MW**
            Name

---

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
                **5419**

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (*if known*) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

5/29/18 5:59PM

Debtor    **Modern VideoFilm, Inc.**                                    Case number (*if known*)  **8:18-bk-11792-MW**
　　　　Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05 / 30 / 7 018
　　　　　　　　MM / DD / YYYY

X _____
　　Signature of authorized representative of debtor

Title    **Director**

**Howard Grobstein**
Printed name

**18. Signature of attorney**

X _____
　　Signature of attorney for debtor

Date  5 / 30 / 18
　　　　MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Couchot Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone    **949-720-4100**    Email address    **ghollander@wcghlaw.com**

**166316**
Bar number and State

5/29/18  5:59PM

| Fill in this information to identify the case: |
|---|
| Debtor name **Modern VideoFilm, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) **8:18-bk-11792-MW** |

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 30, 2014          x _____
                                   Signature of individual signing on behalf of debtor

                                   **Howard Grobstein**
                                   Printed name

                                   **Director**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Modern VideoFilm, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:18-bk-11792-MW** |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Medley Capital Corporation Attn: Susan Alker, Dep. Gen. Couns. 600 Montgomery Street, 35th Floor San Francisco, CA 94111** | | | **Unliquidated** | $87,000,000.00 | $0.00 | **$87,000,000.00** |
| **ManagEase 4 Park Plaza, #550 Irvine, CA 92614** | | | | | | **$2,004,883.00** |
| **WH Empire Center V, LLC c/o Walton Street Capital LLC 900 N. Michigan Ave., Suite 1900 Chicago, IL 60661** | | | | | | **$867,106.10** |
| **L.A. County Tax Collector 225 North Hill Street., Room 122 Los Angeles, CA 90012** | | | **Disputed** | | | **$362,865.30** |
| **CA - Colorado Center, LLC 2400 Broadway, Suite 225 Santa Monica, CA 90404** | | | | | | **$158,936.60** |
| **VFX Hollywood 103 N. Whitnall Hwy. Burbank, CA 91505** | | | **Disputed** | | | **$127,500.00** |
| **Sony Corporation One Sony Drive Park Ridge, NJ 07656-8003** | | | **Disputed** | | | **$88,218.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Modern VideoFilm, Inc.**
Name

Case number *(if known)*   **8:18-bk-11792-MW**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Walt Disney 500 S. Buena Vista St. Burbank, CA 91521** | | | **Disputed** | | | **$82,639.95** |
| **Cohn Reznick 1900 Ave of the Stars, 28th Flr. Los Angeles, CA 90067** | | | **Disputed** | | | **$82,241.00** |
| **Edgewise Media, Inc.(Media Dist) 602 N. Cypress St. Orange, CA 92867-6604** | | | **Disputed** | | | **$79,567.47** |
| **Fotokem 2801 W. Alameda Ave. Burbank, CA 91505** | | | **Disputed** | | | **$75,372.32** |
| **Accenture LLP 161 N Clark Street Chicago, IL 60601** | | | **Disputed** | | | **$69,510.17** |
| **I.V.B. Media Services, Inc. 5542 Satsuma Ave. North Hollywood, CA 91601** | | | **Disputed** | | | **$68,726.20** |
| **Signiant 91 Hartwell Ave., 2nd Flr Lexington, MA 02421** | | | **Disputed** | | | **$51,629.00** |
| **Kibel Green 12300 Wilshire Blvd., Suite 300 Los Angeles, CA 90025** | | | **Disputed** | | | **$32,393.49** |
| **Alt Systems, Inc. 1562 Fairmount Rd. Westlake Village, CA 91362** | | | **Disputed** | | | **$32,240.65** |
| **Visual Data Media Services 610 N. Hollywood Way Burbank, CA 91505** | | | **Disputed** | | | **$20,769.00** |
| **Warner Bros 4000 Warner Blvd. Burbank, CA 91522** | | | **Disputed** | | | **$19,606.12** |
| **SMV Complete Media 4100 W. Alameda Ave., Suite 208 Burbank, CA 91505** | | | **Disputed** | | | **$15,610.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **Modern VideoFilm, Inc.**
_____
Name

Case number *(if known)*   **8:18-bk-11792-MW**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Caption Media Services, LLC 4000 W Alameda Avenue, Suite 110 Burbank, CA 91505** | | | **Disputed** | | | **$15,610.00** |

# AMENDED
## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Woodland Hills_ , California.

Date: _May 30, 2018_

**Howard Grobstein, Director**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1              **F 1015-2.1.STMT.RELATED.CASES**

## United States Bankruptcy Court

### Central District of California          (AMENDED)

In re:  **Modern VideoFilm, Inc.**                    Case No. 8:18-bk-11792-MW
        Debtor                                         Chapter  11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Howard Grobstein, am the sole director of Modern VideoFilm, Inc., the debtor named herein (the "Debtor"). On May 14, 2018, the following resolution was duly adopted by the Debtor's Board of Directors:

"Whereas, it is in the best interest of the Debtor to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Howard Grobstein, as director of the Debtor, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of the Debtor; and

Be It Further Resolved, that Howard Grobstein, as director of the Debtor, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Howard Grobstein, as director of the Debtor, is authorized and directed to employ the law firm of Winthrop Couchot Golubow Hollander, LLP to represent the Debtor in such bankruptcy case."

MODERN VIDEOFILM, INC.

Executed on:  May 3 0 2018

Name:  Howard Grobstein
Its:  Director

5/29/18 5:59PM

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Garrick A. Hollander**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: 166316<br>ghollander@wcghlaw.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>         **Modern VideoFilm, Inc.** | CASE NO.: **8:18-bk-11792-MW**<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br>(Amended)<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __27__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  *MAY 30, 2018*

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                     **F 1007-1.MAILING.LIST.VERIFICATION**

Modern VideoFilm, Inc.
c/o Grobstein Teeple LLP
One Venture Plaza, Suite 250
Irvine, CA 92618


Garrick A. Hollander
Winthrop Couchot Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


101 Korean BBQ
11009 Burbank Blvd., #108
North Hollywood, CA 91601


A Harris Company
10914 National Blvd., Unit 106
Los Angeles, CA 90064


A Lavar Taylor
3 Hutton Center Drive, Suite 500
Santa Ana, CA 92707


Accenture LLP
161 N Clark Street
Chicago, IL 60601


Accuvant
1144 15th Street, Suite 2900
Denver, CO 80202


ADP
55 South Lake Drive
Pasadena, CA 94588

Advanced Digital Services Inc.
948 N. Cahuenga Blvd.
Hollywood, CA 90038


Affordable Storage, LLC
3615 N. San Fernando Blvd.
Burbank, CA 91505


Aidan Standford
28983 Sam PL., Apt 4
Canyon Country, CA 91387


Air Conditioning Company
6265 San Fernando Road
Glendale, CA 91201-2214


Alt Systems, Inc.
1562 Fairmount Rd.
Westlake Village, CA 91362


American Arbritation
725 South Figueroa, Suite 400
Los Angeles, CA 90017


Andy Schuler
943 Goodwin Ave.
San Jose, CA 95128


Artisans Public Relations
2242 Guthrie Circle
Los Angeles, CA 90034

Assimilate, Inc.
3375 Scott Blvd., #300
Santa Clara, CA 95054


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


AT&T Teleconference Services
PO Box 5002
Carol Stream, IL 60197-5002


Automatic Data Processing
One ADP Drive MS 600
Augusta, GA 30909


Betsy Ceder
4434 Strohm Ave.
North Hollywood, CA 91602


Bruce Tarpey, DBA Accurate Shade and Bli
12767 Foothill Blvd., Suite A
Sylmar, CA 91342


Bruce's Entertainment
PO Box 206
Castaic, CA 91310-0206


CA - Colorado Center, LLC
2400 Broadway, Suite 225
Santa Monica, CA 90404

California Dept. of Tax and Fee Adm
Special Operations Branch, MIC: 55
PO Box 942879
Sacramento, CA 94279


Caption Media Services, LLC
4000 W Alameda Avenue, Suite 110
Burbank, CA 91505


Captions, Inc.
640 S. Glenwood Pl.
Burbank, CA 91506


Celetix Network
215 Fourier Ave., #140
Fremont, CA 94539


Chace Audio by Deluxe
201 South Victory Blvd.
Burbank, CA 91502


Charles Sweet


Chrest Business Dynamics
2716 Vine Street
Denver, CO 80205


Christie Digital
10550 Camden Dr.
Cypress, CA 90630

City of Burbank
164 W. Magnolia Blvd.
Burbank, CA 91502


City Of Glendale
141 N. Glendale Ave., Level 2
Glendale, CA 91206


Clay Dunn Entpr, Inc. DBA Air-Tec
1606 E. Carson Street
Carson, CA 90745


Cohn Reznick
1900 Ave of the Stars, 28th Flr.
Los Angeles, CA 90067


Cohn Reznick, LLP
11755 Wilshire Blvd., 17th Floor
Los Angeles, CA 90025


Collicut Energy
12349 Hawkins Street
Santa Fe Springs, CA 90670


Colour In Mind Corp
5850 Canoga Ave., Suite 400
Woodland Hills, CA 91367


Computer Discount Warehouse
PO Box 75723
Chicago, IL 60675-5723

County of Los Angeles Tax Collector
Attn: Treasurer and Tax Collector
225 N. Hill Street
Los Angeles, CA 90012


Craig C. Price
16714 Monte Alto Place
Pacific Palisades, CA 90272


CT Corporation
818 W. 7th St., #930
Los Angeles, CA 90017


Custom Creations
3920 Hitch Blvd.
Moorpark, CA 93021


Dan Holler
7438 Shire Pkwy
Mechanicsville, VA 23111


David Cole
361 N. Citrus Ave.
Los Angeles, CA 90036


Daystrom, Inc.
3182 Campius Drive, Suite 401
San Mateo, CA 94403


Deborah Ives Lloyd
1088 Viognier Way
Gilroy, CA 95020

Dell
One Dell Way
Round Rock, TX 78682


Dell Financial Services LLC
1 Dell Way
Round Rock, TX 78682


Deloitte Financial Advisory Service
350 South Grand Ave., Suite 200
Los Angeles, CA 90071


Deloitte, Attn: Mihael Epstein
200 Berkeley Street, 10th Fl.
Boston, MA 02116


Deluxe Labs
2400 W. Empire Ave.
Burbank, CA 91504


DHL Express
15041 Keswick St.
Van Nuys, CA 91405


Digi-Key
701 Brooks Ave. South
P.O Box, MN 56701


Domingo Sosa Castaneda, c/o Edwin Pairav
1875 Century Park East, Suite 1025
Los Angeles, CA 90067

Doremi Labs
1020 Chestnut St.
Burbank, CA 91506


Doug Delaney
21901 De La Osa St.
Woodland Hills, CA 91364


Downsize & Get Organized
Westlake Village, CA 91359


Drymaxxair Solutions, LLC
14402 Haynes St., Suite 203
Van Nuys, CA 91401


Econram Systems
8306 Wilshire Blvd., #1737
Beverly Hills, CA 90211


Edgewise Media, Inc.(Media Dist)
602 N. Cypress St.
Orange, CA 92867-6604


Ekinops Corp
19640 clubhouse rd
Montgomery Village, MD 20886


Elemental Technologies
225 SW Broadway, Ste 600
Portland, OR 97205

Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Epstein & Beuerlein, PC
23823 Malibu Rd., Suite 50-150
Malibu, CA 90265


Ericksen Arbuthnot
570 Lennon Lane
Walnut Creek, CA 94598-2415


Federal Express Corporation
3965 Airways, Module G
Memphis, TN 38116


Filmlight Digital Film
3255 Cahuenga Blvd W., Ste 301
Los Angeles, CA 90068


Filmtrack
12001 Ventura Pl, #500
Studio City, CA 91604


Fisher & Phillips, LLP
2050 Main Street, Suite 1000
Irvine, CA 92614


Fotokem
2801 W. Alameda Ave.
Burbank, CA 91505

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Frank Bluestein
3374 Coy Drive
Sherman Oaks, CA 91423

Frank Bluestein
3374 Coy Drive
Sherman Oaks, CA 91423

Fresh Brothers (Golden Road)
635 S. Lake Street
Gary, IN 46403

Gallade Chemical
1230 E. Gertrude Street Place
Santa Ana, CA 92707

George A. Romano
17617 Romar Street
Northridge, CA 91325

George C. & Charlotte W. Hopkins
601 E Glenoaks Blvd #200
Glendale, CA 91207

Glen Q. Eason
5460 Angeles Vista Bl.
Los Angeles, CA 90043-1508

Golden Roads Food Services LLC, Fresh Br
2008 N. Sepulveda Blvd.
Manhattan Beach, CA 90266


Grain Lab
1737 N. Victory Blvd.
Burbank, CA 91502


Gravitas Real Estate Solutions, LL
381 Park Street, Suite 200
Hackensack, NJ 07601


Greg Ciaccio
2539 Almaden Ct
Los Angeles, CA 90077


Gregory Garvin
9823 Karmont Ave
South Gate, CA 90280


Grobstein Teeple
6300 Canoga Ave., #1500w
Woodland Hills, CA 91367


Harmonic Inc.
4300 N. First St.
San Jose, CA 95134


Heidi Jariwala
1255 10th Street, Unit 105
Santa Monica, CA 90401

I.V.B. Media Services, Inc.
5542 Satsuma Ave.
North Hollywood, CA 91601


Ideanova Technologies
600 S. Washington St., Suite 301
Naperville, IL 60540


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interra Systems Inc.
1601 S. De Anza Blvd., Ste 212
Cupertino, CA 95014


Intex Solutions, Inc.
507 Washington Blvd.
Montebello, CA 90640


IX2 Center (Wilcon)
624 S. Grand Ave, Ste 2500
Los Angeles, CA 90017


IX2 Center Wilshire
624 S. Grand Ave, Ste 2500
Los Angeles, CA 90017


IX2 Center, LLC
624 S. Grand Ave., Ste. 2500
Los Angeles, CA 90017

Izzy's Deli
1433 Wilshire Blvd.
Santa Monica, CA 90403


Jamil-Dean Ashe
25761 Tournament Road
Valencia, CA 91355


Janine M O'Barr
3130 Hamilton Way
Los Angeles, CA 90026


Jeffrey Winston
c/o Katharina Martinka
1626 Pierce Street, Apt. 421
San Francisco, CA 94115


John Svetlick
2313 Andreo Ave
Torrance, CA 90501


Jonathan D. Juarez
13400 Elsworth Street, Apt 225
Moreno Valley, CA 92553


Jr Carillo
18822 Renault Street
La Puente, CA 91744


JR Media Services
8837 Lankershim Blvd.
Sun Valley, CA 91352

Julie K. Hoffman
511 San Vicente Blvd., Unit 206
Santa Monica, CA 90402


Katharina Martnka
1626 Pierce St., Apt. #421
San Francisco, CA 94115-5228


Kenneth Quain
1730 Oak Street
Santa Monica, CA 90405


Kent Landsberg
1640 S. Greenwood Ave.
Montebello, CA 90640


Kibel Green
12300 Wilshire Blvd., Suite 300
Los Angeles, CA 90025


L.A. County Tax Collector
225 North Hill Street., Room 122
Los Angeles, CA 90012


Lanny Electronics
995 E. Discovery Ln.
Anaheim, CA 92801


LaRue Corrigan
5959 Topanga Canyon Blvd., Ste. 180
Woodland Hills, CA 91367

Laz Parking
15 Lewis Street
Hartford, CT 06103


LCN Technology
1953 San Elijo Ave.
Cardiff, CA 92007


Legend
PO Box 926
Atwood, CA 92811-0926


Liberty B. Reyes
PO Box 335
Wilmington, CA 90748


Lidia Shaddow
20409 Clark Street
Woodland Hills, CA 91364


Liebert Global Services
610 Executive Campus Drive
Westerville, OH 43082


Los Angeles County Tax Collector
Treasurer and Tax Collector
225 N Hill St #109
Los Angeles, CA 90054-0110


Lotus Chinese Gourmet
511 N. Glenoaks Blvd.
Burbank, CA 91501

ManagEase
4 Park Plaza, #550
Irvine, CA 92614


Mark Smirnoff
25419 Verne Ct.
Stevenson Ranch, CA 91381


Marvin Hall
447 San Vicente Blvd., Apt 3
Santa Monica, CA 90402


Mary Ann Fialkowski
734 Fairfield Circle
Pasadena, CA 91106


McKinley Elevator Corp.
17611 Armstrong Ave.
Irvine, CA 92614


Medley Capital Corporation
as Collateral Agent
375 Park Ave., Suite 3304
New York, NY 10152


Medley Capital Corporation
Attn: Susan Alker, Dep. Gen. Couns.
600 Montgomery Street, 35th Floor
San Francisco, CA 94111


Michael Will
3796 Red Hawk Ct
Simi Valley, CA 93063

Micro Focus
The Lawn 22-30 Old Bath Rd.
Newbury, Berkshire, UK RG14 1QN


Midnite Express
26035 Network Place
Chicago, IL 60673-1260


Mills Technique
140 E. Lemon Ave.
Monrovia, CA 91016


Moca Services, LLC
4411 West Olive Ave.
Burbank, CA 91505


Mode HQ
1542 Cassil Place
Hollywood, CA 90028


Modern Sound, Inc.
2300 Empire Ave., Suite 200
Burbank, CA 91504


Modern VideoFilm - GA, LLC


Modern VideoFilm Holdings, LLC
23679 Calabasas Road, Suite 1056
Calabasas, CA 91302

Modern VideoFilm, - LA, LLC


Moshe Barkat
4380 Park Milano
Calabasas, CA 91302


Moshe Barkat
c/o Louis R. Miller, Esq.
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067


Mover Services
721 E. Compton Blvd.
Rancho Dominguez, CA 90220


Moviola
1135 N. Mansfield Ave.
Los Angeles, CA 90038


MVF Worldwide Services, Inc.
4411 West Olive Ave.
Burbank, CA 91505


North End Pizzaria
212 E. Orange Grove Ave.
Burbank, CA 91504


Office Depot
PO Box 630813
Cincinnati, OH 45263-0813

Office Max
6600 N. Military Trl.
Boca Raton, FL 33496


ONX USA
5910 Landerbrook Dr., Ste 300
Mayfield Height, OH 44124


Orange County Tax Collector
630 N. Broadway
Santa Ana, CA 92701


Pacific Radio
3031 Thorton Ave.
Burbank, CA 91504


Packair Freight
1700 W. El Segundo Blvd.
Gardena, CA 90249


Panasonic Broadcast Systems
3330 Cahuenga Blvd. W., Ste 101
Los Angeles, CA 90068


Park Place Technologies
5910 Landerbrook Dr., Ste 300
Mayfield Height, OH 44124


Penske Business Media, LLC
11175 Santa Monica Blvd.
Los Angeles, CA 90025

Photo Research
9731 Topanga Canyon Pl.
Chatsworth, CA 91311


Point.360
c/o Lewis R. Landau
22287 Mulholland Hwy, #318
Calabasas, CA 91302


Point.360
2701 Media Center Drive
Los Angeles, CA 90065


Preco
7663 N. San Fernando Rd.
Burbank, CA 91505


Proquire
161 N Clark Street
Chicago, IL 60601-3200


Quantom Corp.
224 Airport Parkway, Suite 550
San Jose, CA 95110


Quinn Cat Group
10006 Rose Hills Road
City of Industry, CA 90601


R. Edward Black
3740 Oak Hill Avenue
Los Angeles, CA 90032

Real D
100 N. Crescent Dr., Ste 120
Beverly Hills, CA 90210


Rose Hook
23 Hitchcock Way #109
Santa Barbara, CA 93105


Roxanna Sassanian
PO Box 1624
Studio City, CA 91614


Royal Corp.
10232 Palm Dr.
Santa Fe Springs, CA 90670


S & H Resources
26560 Agoura Rd., #103A
Calabasas, CA 91302


S.A.M. Moving Inc.
13950 Rosecrans Blvd., Ste E
Santa Fe Springs, CA 90706


S.M.P.T.E
445 Hamilton Ave., Ste. 601
White Plains, NY 10601-1827


Seasalt Fish Grill
508 Santa Monica Blvd.
Santa Monica, CA 90401

Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower St., #900
Los Angeles, CA 90071-9591


Seeley Brothers
1400 Moonstone
Brea, CA 92821


SHI Corp.
290 Davidson Ave.
Somerset, NJ 08873


Signiant
91 Hartwell Ave., 2nd Flr
Lexington, MA 02421


SmartJog USA Inc.
11845 W. Olympic Blvd., Ste 900
Los Angeles, CA 90064


SMV Complete Media
4100 W. Alameda Ave., Suite 208
Burbank, CA 91505


Sony Corporation
One Sony Drive
Park Ridge, NJ 07656-8003


Specialty Enterprises
720 W. 121st Ave.
Westminster, CO 80234

Spectralink Corporation
2560 55th Street
Boulder, CO 80301


Sprint
PO Box 8077
London, KY 40742


Stanislawski and Harrison
301 N. Lake Ave., #900
Pasadena, CA 91101


State Board of Equalization
Sp. Operations, Bkcy Team, MIC: 74
PO Box 942879
Sacramento, CA 94279-0074


State of California
Franchise Tax Board
Lien Program MS A456
PO BOX 2952
Sacramento, CA 95827


Sun Label
2123 Floyd St.
Burbank, CA 91504


Susan Dworski
821 Nowita Place
Venice, CA 90291


Tamara Gagarin
910 N. 6th Street
Burbank, CA 91501

Techno Steel
11132 Fleetwood St., #G
Sun Valley, CA 91352


Telepacific Communications
515 S. Flower St., 47th Flr
Los Angeles, CA 90071-2201


The Electric Connection
9937 Commerce Ave.
Tujunga, CA 91042


The Gas Company
PO Box C
Monterey Park, CA 91756-5111


The Smoke House
4420 Lakeside Dr.
Burbank, CA 91505


The Switch/Beers Enterprise
683 Main Street, A-2
Osterville, MA 02655


The Woodward Group
300 N. Continental Blvd., Suite 315
El Segundo, CA 90245


Thinklogical
100 Washington St.
Milford, CT 06460-3133

Tri-Signal Integration
15853 Monte St.
Sylmar, CA 91342


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


United Service Source, Inc.
9145 Ellis Rd.
Melbourne, FL 32904-1019


Vahe Giragol
15250 Knapp Street
North Hills, CA 91343


Valley Theater Fabrications
7013 Darby Ave.
Reseda, CA 91335


VFX Hollywood
103 N. Whitnall Hwy.
Burbank, CA 91505


VFX Hollywood LLC
4421 W. King St., Suite #33
Burbank, CA 91505


Viking Insulation
3014 Floyd St.
Burbank, CA 91504

Vincenzo M. Pirozzi
371 W Lutge Ave.
Burbank, CA 91506


Visual Data Media Services
610 N. Hollywood Way
Burbank, CA 91505


Walt Disney
500 S. Buena Vista St.
Burbank, CA 91521


Walter Bigelow
375 S 3rd Street, Apt. 319
Burbank, CA 91502


Walton Empire Center V, LLC
900 N. Michigan Ave., Suite 1900
Chicago, IL 60611


Warner Bros
4000 Warner Blvd.
Burbank, CA 91522


Waste Management
1001 Fannin Street
Houstan, TX 77002


Wendy Canto
623 E Santa Anita Ave., Apt A
Burbank, CA 91501

Wendy Sale
220 Manhattan Ave., #80
New York, NY 10025


Westlake Pro
4101 Lankershim Blvd.
Universal City, CA 91602


WH Empire Center V, LLC
c/o Walton Street Capital LLC
900 N. Michigan Ave., Suite 1900
Chicago, IL 60661


Wild Carvery
150 E. Olive Ave.
Burbank, CA 91502


William E. Coffin
2684 Fallcreek Court
Simi Valley, CA 93063


Windstream
PO Box 3177
Cedar Rapids, IA 52406-3177


Zayo Group Holdings
1805 29th St., Suite 2050
Boulder, CO 80301