**Fill in this information to identify the case:**

Debtor name **Modern VideoFilm, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:18-bk-11792-MW**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 30, 2018    X _____
                                  Signature of individual signing on behalf of debtor

                                  **Howard Grobstein**
                                  Printed name

                                  **Director**
                                  Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

5/29/18  6:12PM

# United States Bankruptcy Court
## Central District of California

In re   **Modern VideoFilm, Inc.**

Debtor(s)

Case No.   **8:18-bk-11792-MW**
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Modern VideoFilm Holdings, LLC**<br>**23679 Calabasas Road, Suite 1056**<br>**Calabasas, CA 91302** | | **100** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 30, 2018

Signature   
**Howard Grobstein**, Director

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name   **Modern VideoFilm, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:18-bk-11792-MW**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $      **12,615,250.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $      **12,615,250.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **88,038,802.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $      **47,626.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$      **91,397,784.76**

4.   Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b     $      **179,484,213.26**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Modern VideoFilm, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:18-bk-11792-MW**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:                                    % of ownership | | |
| 15.1. | **Modern Sound, Inc.**                          100      % | **N/A** | **$0.00** |

Debtor    **Modern VideoFilm, Inc.**                                    Case number *(if known)*  **8:18-bk-11792-MW**
              Name

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
         Describe:

17.      **Total of Part 4.**                                                                        | $0.00 |
         Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of
debtor's interest**

71.      **Notes receivable**
         Description (include name of obligor)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **Modern VideoFilm, Inc.** | Case number *(If known)* **8:18-bk-11792-MW** |
| | Name | |

| | **Moshe Barkat** | **>3,000,000.00** - | Unknown | = | **Unknown** |
| | | Total face amount | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

**Possible interests in life insurance policies**                                                                    **Unknown**

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**See attached Exhibit A**                                                                          Not less than
                                                                                                    **$9,615,250.00**

| Nature of claim | **Fraudulent transfer; conversion; breach of fiduciary duty**, etc. |
| Amount requested | |

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Unsecured claim against Dean Hamilton Entertainment, Inc.**
**17351 W Sunset Blvd., 1st Floor**
**Pacific Palisades, CA 90272**

**Judgment Lien 0020960950**                                                                           **Unknown**

| Nature of claim | **Judgment Lien 0020960950** |
| Amount requested | |

---

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                           **$12,615,250.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Modern VideoFilm, Inc.**    Case number *(If known)*  **8:18-bk-11792-MW**
        Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $12,615,250.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,615,250.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $12,615,250.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Modern VideoFilm, Inc.
Case No. 8:18-bk-11792-MW
Schedule A/B Assets – Real and Personal Property
#74) Causes of action against third parties

# EXHIBIT A

Moshe Barkat
Nature of Claim: Fraudulent Transfer; Breach of Fiduciary Duty; Etc.
Amount Requested: Not less than $7,200,000

Sivan Sherman Barkat
Nature of Claim:  Fraudulent Transfer
Amount Requested:  Not less than $199,999

Danielle Barkat
Nature of Claim:  Fraudulent Transfer
Amount Requested:  Not less than $63,576

Deborah Barkat
Nature of Claim:  Fraudulent Transfer
Amount Requested:  Not Less than $58,800

Sidan Engineering, L.P., dba G B Engineering
Nature of Claim:  Fraudulent Transfer
Amount Requested:  Not less than $2,092,875

**Fill in this information to identify the case:**

Debtor name  **Modern VideoFilm, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:18-bk-11792-MW**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|
| **2.1** | **County of Los Angeles Tax Collector**<br>Creditor's Name<br><br>**Attn: Treasurer and Tax Collector**<br>**225 N. Hill Street**<br>**Los Angeles, CA 90012**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Lien # 20151528223; 20151528224;**<br>**20151528225; 20151117773** | $404,012.00 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**
**12/7/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**County tax lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| | | | | |
|---|---|---|---|---|
| **2.2** | **Dell Financial Services LLC**<br>Creditor's Name<br><br>**1 Dell Way**<br>**Round Rock, TX 78682**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC 20113979153** | Unknown | $0.00 |

Creditor's email address, if known

**Date debt was incurred**
**10/17/2011**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe the lien
**UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Modern VideoFilm, Inc.** | Case number (if know) | **8:18-bk-11792-MW** |
|--------|---------------------------|----------------------|----------------------|
|        | Name                       |                      |                      |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Medley Capital Corporation** | Describe debtor's property that is subject to a lien | $87,000,000.00 | $0.00 |
|-----|-------------------------------|----------------------------------------------------|----------------|-------|

Creditor's Name

**as Collateral Agent
375 Park Ave., Suite 3304
New York, NY 10152**

UCC 20123686849;
20123686922; 20123687268

Creditor's mailing address

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**9/25/2012**

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **State of California** | Describe debtor's property that is subject to a lien | $634,790.00 | $0.00 |
|-----|------------------------|----------------------------------------------------|-------------|-------|

Creditor's Name

**Franchise Tax Board
Lien Program MS A456
PO BOX 2952
Sacramento, CA 95827**

UCC 20161027380

Creditor's mailing address

**Describe the lien**

**State Tax Lien / L.A. County**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**8/9/2016**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $88,038,802.00 |
|----|-----------------------------------------------------------------------------------------------------------|----------------|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Modern VideoFilm, Inc.**
<br>Name

Case number (if know)    **8:18-bk-11792-MW**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Modern VideoFilm, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:18-bk-11792-MW**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
|  | **Aidan Standford** | | |
|  | **28983 Sam PL., Apt 4** | | |
|  | **Canyon Country, CA 91387** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$8,810.50** | **$0.00** |
|  | **Betsy Ceder** | | |
|  | **4434 Strohm Ave.** | | |
|  | **North Hollywood, CA 91602** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**California Dept. of Tax and Fee Adm**
**Special Operations Branch, MIC: 55**
**PO Box 942879**
**Sacramento, CA 94279**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Craig C. Price**
**16714 Monte Alto Place**
**Pacific Palisades, CA 90272**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Dan Holler**
**7438 Shire Pkwy**
**Mechanicsville, VA 23111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**David Cole**
**361 N. Citrus Ave.**
**Los Angeles, CA 90036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,310.00** | $0.00 |
|---|---|---|---|---|

**Deborah Ives Lloyd**
**1088 Viognier Way**
**Gilroy, CA 95020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Employment Dev. Dept.**
**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**LIEN PROGRAM MS A456**
**PO BOX 2952**
**Sacramento, CA 95827**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,850.00 | $0.00 |
|---|---|---|---|---|
| | **Frank Bluestein**<br>**3374 Coy Drive**<br>**Sherman Oaks, CA 91423** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **George A. Romano**<br>**17617 Romar Street**<br>**Northridge, CA 91325** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Greg Ciaccio**<br>**2539 Almaden Ct**<br>**Los Angeles, CA 90077** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Gregory Garvin**<br>**9823 Karmont Ave**<br>**South Gate, CA 90280** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|--------|----------------------------|--------------------------|----------------------|
|        | Name |  |  |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Heidi Jariwala**
**1255 10th Street, Unit 105**
**Santa Monica, CA 90401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,388.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|------------|-------|

**Janine M O'Barr**
**3130 Hamilton Way**
**Los Angeles, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Jeffrey Winston**
**c/o Katharina Martinka**
**1626 Pierce Street, Apt. 421**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**John Svetlick**
**2313 Andreo Ave**
**Torrance, CA 90501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Jonathan D. Juarez**
**13400 Elsworth Street, Apt 225**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,268.00** | **$0.00** |
|---|---|---|---|---|

**Jr Carillo**
**18822 Renault Street**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Julie K. Hoffman**
**511 San Vicente Blvd., Unit 206**
**Santa Monica, CA 90402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

5/30/18  2:14PM

| Debtor | **Modern VideoFilm, Inc.** | | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address<br>**Kenneth Quain**<br>**1730 Oak Street**<br>**Santa Monica, CA 90405** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>**Liberty B. Reyes**<br>**PO Box 335**<br>**Wilmington, CA 90748** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>**Los Angeles County Tax Collector**<br>**Treasurer and Tax Collector**<br>**225 N Hill St #109**<br>**Los Angeles, CA 90054-0110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>**Mark Smirnoff**<br>**25419 Verne Ct.**<br>**Stevenson Ranch, CA 91381** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

5/30/18  2:14PM

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Marvin Hall**
**447 San Vicente Blvd., Apt 3**
**Santa Monica, CA 90402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michael Will**
**3796 Red Hawk Ct**
**Simi Valley, CA 93063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Orange County Tax Collector**
**630 N. Broadway**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For notice purposes only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Securities & Exchange**
**Commission**
**Attn:  Bankruptcy Counsel**
**444 South Flower St., #900**
**Los Angeles, CA 90071-5591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For notice purposes only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**State Board of Equalization
Sp. Operations, Bkcy Team, MIC: 74
PO Box 942879
Sacramento, CA 94279-0074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Vahe Giragol
15250 Knapp Street
North Hills, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Vincenzo M. Pirozzi
371 W Lutge Ave.
Burbank, CA 91506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Walter Bigelow
375 S 3rd Street, Apt. 319
Burbank, CA 91502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |

**Wendy Canto**
**623 E Santa Anita Ave., Apt A**
**Burbank, CA 91501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |

**William E. Coffin**
**2684 Fallcreek Court**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$347.85** |

**101 Korean BBQ**
**11009 Burbank Blvd., #108**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**A Harris Company**
**10914 National Blvd., Unit 106**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**A Lavar Taylor**
**3 Hutton Center Drive, Suite 500**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Modern VideoFilm, Inc.**

Name

Case number *(if known)*    **8:18-bk-11792-MW**

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,510.17 |
|---|---|---|---|

**Accenture LLP**
**161 N Clark Street**
**Chicago, IL 60601**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Accuvant**
**1144 15th Street, Suite 2900**
**Denver, CO 80202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,110.00 |
|---|---|---|---|

**ADP**
**55 South Lake Drive**
**Pasadena, CA 94588**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Advanced Digital Services Inc.**
**948 N. Cahuenga Blvd.**
**Hollywood, CA 90038**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Affordable Storage, LLC**
**3615 N. San Fernando Blvd.**
**Burbank, CA 91505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Air Conditioning Company**
**6265 San Fernando Road**
**Glendale, CA 91201-2214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,240.65 |
|---|---|---|---|

**Alt Systems, Inc.**
**1562 Fairmount Rd.**
**Westlake Village, CA 91362**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Arbitration**
725 South Figueroa, Suite 400
Los Angeles, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andy Schuler**
943 Goodwin Ave.
San Jose, CA 95128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Artisans Public Relations**
2242 Guthrie Circle
Los Angeles, CA 90034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Assimilate, Inc.**
3375 Scott Blvd., #300
Santa Clara, CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.54 |
|---|---|---|---|

**AT&T Mobility**
PO Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.34 |
|---|---|---|---|

**AT&T Teleconference Services**
PO Box 5002
Carol Stream, IL 60197-5002

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,022.35 |
|---|---|---|---|

**Automatic Data Processing**
One ADP Drive MS 600
Augusta, GA 30909

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Tarpey, DBA Accurate Shade and Bli**
**12767 Foothill Blvd., Suite A**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,192.34 |
|---|---|---|---|

**Bruce's Entertainment**
**PO Box 206**
**Castaic, CA 91310-0206**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158,936.60 |
|---|---|---|---|

**CA - Colorado Center, LLC**
**2400 Broadway, Suite 225**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,610.00 |
|---|---|---|---|

**Caption Media Services, LLC**
**4000 W Alameda Avenue, Suite 110**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Captions, Inc.**
**640 S. Glenwood Pl.**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Celetix Network**
**215 Fourier Ave., #140**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chace Audio by Deluxe**
**201 South Victory Blvd.**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Sweet**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chrest Business Dynamics**
**2716 Vine Street**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christie Digital**
**10550 Camden Dr.**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,475.00 |
|---|---|---|---|

**City of Burbank**
**164 W. Magnolia Blvd.**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __Various__

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,155.47 |
|---|---|---|---|

**City Of Glendale**
**141 N. Glendale Ave., Level 2**
**Glendale, CA 91206**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __Various__

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clay Dunn Entpr, Inc. DBA Air-Tec**
**1606 E. Carson Street**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82,241.00 |
|---|---|---|---|

**Cohn Reznick**
**1900 Ave of the Stars, 28th Flr.**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __Various__

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cohn Reznick, LLP**
**11755 Wilshire Blvd., 17th Floor**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,789.13 |
|---|---|---|---|

**Collicut Energy**
**12349 Hawkins Street**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colour In Mind Corp**
**5850 Canoga Ave., Suite 400**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,558.43 |
|---|---|---|---|

**Computer Discount Warehouse**
**PO Box 75723**
**Chicago, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $987.00 |
|---|---|---|---|

**CT Corporation**
**818 W. 7th St., #930**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Custom Creations**
**3920 Hitch Blvd.**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daystrom, Inc.**
**3182 Campius Drive, Suite 401**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dell**
**One Dell Way**
**Round Rock, TX 78682**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _Various_**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deloitte Financial Advisory Service**
**350 South Grand Ave., Suite 200**
**Los Angeles, CA 90071**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _Various_**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deloitte, Attn: Mihael Epstein**
**200 Berkeley Street, 10th Fl.**
**Boston, MA 02116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _Various_**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deluxe Labs**
**2400 W. Empire Ave.**
**Burbank, CA 91504**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _Various_**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DHL Express**
**15041 Keswick St.**
**Van Nuys, CA 91405**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _Various_**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Digi-Key**
**701 Brooks Ave. South**
**P.O Box, MN 56701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _Various_**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Domingo Sosa Castaneda, c/o Edwin Pairav**
**1875 Century Park East, Suite 1025**
**Los Angeles, CA 90067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred _Various_**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,488.14** |
|---|---|---|---|

**Doremi Labs**
**1020 Chestnut St.**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Doug Delaney**
**21901 De La Osa St.**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Downsize & Get Organized**

**Westlake Village, CA 91359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Drymaxxair Solutions, LLC**
**14402 Haynes St., Suite 203**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Econram Systems**
**8306 Wilshire Blvd., #1737**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,567.47** |
|---|---|---|---|

**Edgewise Media, Inc.(Media Dist)**
**602 N. Cypress St.**
**Orange, CA 92867-6604**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ekinops Corp**
**19640 clubhouse rd**
**Montgomery Village, MD 20886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,897.93 |
|---|---|---|---|

**Elemental Technologies**
225 SW Broadway, Ste 600
Portland, OR 97205

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Epstein & Beuerlein, PC**
23823 Malibu Rd., Suite 50-150
Malibu, CA 90265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ericksen Arbuthnot**
570 Lennon Lane
Walnut Creek, CA 94598-2415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,582.77 |
|---|---|---|---|

**Federal Express Corporation**
3965 Airways, Module G
Memphis, TN 38116

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,974.35 |
|---|---|---|---|

**Filmlight Digital Film**
3255 Cahuenga Blvd W., Ste 301
Los Angeles, CA 90068

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Filmtrack**
12001 Ventura Pl, #500
Studio City, CA 91604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fisher & Phillips, LLP**
2050 Main Street, Suite 1000
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,372.32** |
|---|---|---|---|

**Fotokem**
2801 W. Alameda Ave.
Burbank, CA 91505

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,411.87** |
|---|---|---|---|

**Frank Bluestein**
3374 Coy Drive
Sherman Oaks, CA 91423

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.79** |
|---|---|---|---|

**Fresh Brothers (Golden Road)**
635 S. Lake Street
Gary, IN 46403

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,556.52** |
|---|---|---|---|

**Gallade Chemical**
1230 E. Gertrude Street Place
Santa Ana, CA 92707

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**George C. & Charlotte W. Hopkins**
601 E Glenoaks Blvd #200
Glendale, CA 91207

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Glen Q. Eason**
5460 Angeles Vista Bl.
Los Angeles, CA 90043-1508

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Golden Roads Food Services LLC, Fresh Br**
2008 N. Sepulveda Blvd.
Manhattan Beach, CA 90266

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
| --- | --- | --- | --- |

Name

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$651.28** |
| --- | --- | --- | --- |

**Grain Lab**
**1737 N. Victory Blvd.**
**Burbank, CA 91502**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Gravitas Real Estate Solutions, LL**
**381 Park Street, Suite 200**
**Hackensack, NJ 07601**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Grobstein Teeple**
**6300 Canoga Ave., #1500w**
**Woodland Hills, CA 91367**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,409.28** |
| --- | --- | --- | --- |

**Harmonic Inc.**
**4300 N. First St.**
**San Jose, CA 95134**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,726.20** |
| --- | --- | --- | --- |

**I.V.B. Media Services, Inc.**
**5542 Satsuma Ave.**
**North Hollywood, CA 91601**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Ideanova Technologies**
**600 S. Washington St., Suite 301**
**Naperville, IL 60540**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,905.00** |
| --- | --- | --- | --- |

**Interra Systems Inc.**
**1601 S. De Anza Blvd., Ste 212**
**Cupertino, CA 95014**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Intex Solutions, Inc.**
**507 Washington Blvd.**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,488.00 |
|---|---|---|---|

**IX2 Center (Wilcon)**
**624 S. Grand Ave, Ste 2500**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IX2 Center Wilshire**
**624 S. Grand Ave, Ste 2500**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IX2 Center, LLC**
**624 S. Grand Ave., Ste. 2500**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.28 |
|---|---|---|---|

**Izzy's Deli**
**1433 Wilshire Blvd.**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamil-Dean Ashe**
**25761 Tournament Road**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,268.40 |
|---|---|---|---|

**JR Media Services**
**8837 Lankershim Blvd.**
**Sun Valley, CA 91352**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katharina Martnka**
**1626 Pierce St., Apt. #421**
**San Francisco, CA 94115-5228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,154.49 |
|---|---|---|---|

**Kent Landsberg**
**1640 S. Greenwood Ave.**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,393.49 |
|---|---|---|---|

**Kibel Green**
**12300 Wilshire Blvd., Suite 300**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $362,865.30 |
|---|---|---|---|

**L.A. County Tax Collector**
**225 North Hill Street., Room 122**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lanny Electronics**
**995 E. Discovery Ln.**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LaRue Corrigan**
**5959 Topanga Canyon Blvd., Ste. 180**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laz Parking**
**15 Lewis Street**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,647.00 |
|---|---|---|---|

**LCN Technology**
**1953 San Elijo Ave.**
**Cardiff, CA 92007**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,111.40 |
|---|---|---|---|

**Legend**
**PO Box 926**
**Atwood, CA 92811-0926**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lidia Shaddow**
**20409 Clark Street**
**Woodland Hills, CA 91364**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,661.60 |
|---|---|---|---|

**Liebert Global Services**
**610 Executive Campus Drive**
**Westerville, OH 43082**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.36 |
|---|---|---|---|

**Lotus Chinese Gourmet**
**511 N. Glenoaks Blvd.**
**Burbank, CA 91501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,004,883.00 |
|---|---|---|---|

**ManagEase**
**4 Park Plaza, #550**
**Irvine, CA 92614**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Ann Fialkowski**
**734 Fairfield Circle**
**Pasadena, CA 91106**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**McKinley Elevator Corp.**
**17611 Armstrong Ave.**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,000,000.00** |
|---|---|---|---|

**Medley Capital Corporation**
**Attn: Susan Alker, Dep. Gen. Couns.**
**600 Montgomery Street, 35th Floor**
**San Francisco, CA 94111**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Micro Focus**
**The Lawn 22-30 Old Bath Rd.**
**Newbury, Berkshire, UK RG14 1QN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,177.98** |
|---|---|---|---|

**Midnite Express**
**26035 Network Place**
**Chicago, IL 60673-1260**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$306.72** |
|---|---|---|---|

**Mills Technique**
**140 E. Lemon Ave.**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
|---|---|---|---|

**Mode HQ**
**1542 Cassil Place**
**Hollywood, CA 90028**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Moshe Barkat**
**4380 Park Milano**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

5/30/18 2:14PM

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Moshe Barkat**
**c/o Louis R. Miller, Esq.**
**Miller Barondess, LLP**
**1999 Avenue of the Stars, Ste 1000**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Counsel to Moshe Barkat and Modern VideoFilm Holdings, LLC; For notice purposes only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mover Services**
**721 E. Compton Blvd.**
**Rancho Dominguez, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Moviola**
**1135 N. Mansfield Ave.**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $82.70 |
|---|---|---|---|

**North End Pizzaria**
**212 E. Orange Grove Ave.**
**Burbank, CA 91504**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** **Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $477.20 |
|---|---|---|---|

**Office Depot**
**PO Box 630813**
**Cincinnati, OH 45263-0813**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** **Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Office Max**
**6600 N. Military Trl.**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,996.58 |
|---|---|---|---|

**ONX USA**
**5910 Landerbrook Dr., Ste 300**
**Mayfield Height, OH 44124**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** **Various**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number (*if known*) | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Pacific Radio** | ☐ Contingent | |
| | **3031 Thorton Ave.** | ☐ Unliquidated | |
| | **Burbank, CA 91504** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Packair Freight** | ☐ Contingent | |
| | **1700 W. El Segundo Blvd.** | ☐ Unliquidated | |
| | **Gardena, CA 90249** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,452.84** |
|---|---|---|---|
| | **Panasonic Broadcast Systems** | ☐ Contingent | |
| | **3330 Cahuenga Blvd. W., Ste 101** | ☐ Unliquidated | |
| | **Los Angeles, CA 90068** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,224.15** |
|---|---|---|---|
| | **Park Place Technologies** | ☐ Contingent | |
| | **5910 Landerbrook Dr., Ste 300** | ☐ Unliquidated | |
| | **Mayfield Height, OH 44124** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | **Penske Business Media, LLC** | ☐ Contingent | |
| | **11175 Santa Monica Blvd.** | ☐ Unliquidated | |
| | **Los Angeles, CA 90025** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.96** |
|---|---|---|---|
| | **Photo Research** | ☐ Contingent | |
| | **9731 Topanga Canyon Pl.** | ☐ Unliquidated | |
| | **Chatsworth, CA 91311** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Point.360** | ☐ Contingent | |
| | **c/o Lewis R. Landau** | ☐ Unliquidated | |
| | **22287 Mulholland Hwy, #318** | ☐ Disputed | |
| | **Calabasas, CA 91302** | Basis for the claim: **For notice purposes only** | |
| | Date(s) debt was incurred _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| | Last 4 digits of account number _ | | |

| Debtor | **Modern VideoFilm, Inc.** | Case number (*if known*) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Point.360**
2701 Media Center Drive
Los Angeles, CA 90065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Preco**
7663 N. San Fernando Rd.
Burbank, CA 91505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Proquire**
161 N Clark Street
Chicago, IL 60601-3200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quantom Corp.**
224 Airport Parkway, Suite 550
San Jose, CA 95110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,319.47 |
|---|---|---|---|

**Quinn Cat Group**
10006 Rose Hills Road
City of Industry, CA 90601

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**R. Edward Black**
3740 Oak Hill Avenue
Los Angeles, CA 90032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,721.10 |
|---|---|---|---|

**Real D**
100 N. Crescent Dr., Ste 120
Beverly Hills, CA 90210

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

5/30/18  2:14PM

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

**3.123** | Nonpriority creditor's name and mailing address
**Rose Hook**
**23 Hitchcock Way #109**
**Santa Barbara, CA 93105**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$57.55**

---

**3.124** | Nonpriority creditor's name and mailing address
**Roxanna Sassanian**
**PO Box 1624**
**Studio City, CA 91614**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125** | Nonpriority creditor's name and mailing address
**Royal Corp.**
**10232 Palm Dr.**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126** | Nonpriority creditor's name and mailing address
**S & H Resources**
**26560 Agoura Rd., #103A**
**Calabasas, CA 91302**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127** | Nonpriority creditor's name and mailing address
**S.A.M. Moving Inc.**
**13950 Rosecrans Blvd., Ste E**
**Santa Fe Springs, CA 90706**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,786.00**

---

**3.128** | Nonpriority creditor's name and mailing address
**S.M.P.T.E**
**445 Hamilton Ave., Ste. 601**
**White Plains, NY 10601-1827**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129** | Nonpriority creditor's name and mailing address
**Seasalt Fish Grill**
**508 Santa Monica Blvd.**
**Santa Monica, CA 90401**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$734.71**

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Seeley Brothers**<br>**1400 Moonstone**<br>**Brea, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,354.61 |
|---|---|---|---|
| | **SHI Corp.**<br>**290 Davidson Ave.**<br>**Somerset, NJ 08873** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,629.00 |
|---|---|---|---|
| | **Signiant**<br>**91 Hartwell Ave., 2nd Flr**<br>**Lexington, MA 02421** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|
| | **SmartJog USA Inc.**<br>**11845 W. Olympic Blvd., Ste 900**<br>**Los Angeles, CA 90064** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,610.00 |
|---|---|---|---|
| | **SMV Complete Media**<br>**4100 W. Alameda Ave., Suite 208**<br>**Burbank, CA 91505** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,218.00 |
|---|---|---|---|
| | **Sony Corporation**<br>**One Sony Drive**<br>**Park Ridge, NJ 07656-8003** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.21 |
|---|---|---|---|
| | **Specialty Enterprises**<br>**720 W. 121st Ave.**<br>**Westminster, CO 80234** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Modern VideoFilm, Inc.**

Name

Case number (if known)    **8:18-bk-11792-MW**

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Spectralink Corporation**
**2560 55th Street**
**Boulder, CO 80301**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.63 |
|---|---|---|---|

**Sprint**
**PO Box 8077**
**London, KY 40742**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stanislawski and Harrison**
**301 N. Lake Ave., #900**
**Pasadena, CA 91101**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,771.25 |
|---|---|---|---|

**Sun Label**
**2123 Floyd St.**
**Burbank, CA 91504**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Susan Dworski**
**821 Nowita Place**
**Venice, CA 90291**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tamara Gagarin**
**910 N. 6th Street**
**Burbank, CA 91501**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Techno Steel**
**11132 Fleetwood St., #G**
**Sun Valley, CA 91352**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,571.31 |
|---|---|---|---|

**Telepacific Communications**
515 S. Flower St., 47th Flr
Los Angeles, CA 90071-2201

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,756.00 |
|---|---|---|---|

**The Electric Connection**
9937 Commerce Ave.
Tujunga, CA 91042

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53.11 |
|---|---|---|---|

**The Gas Company**
PO Box C
Monterey Park, CA 91756-5111

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.01 |
|---|---|---|---|

**The Smoke House**
4420 Lakeside Dr.
Burbank, CA 91505

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Switch/Beers Enterprise**
683 Main Street, A-2
Osterville, MA 02655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Woodward Group**
300 N. Continental Blvd., Suite 315
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thinklogical**
100 Washington St.
Milford, CT 06460-3133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (*if known*) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$507.50** |
| | **Tri-Signal Integration**<br>15853 Monte St.<br>Sylmar, CA 91342 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.20** |
| | **United Parcel Service**<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **United Service Source, Inc.**<br>9145 Ellis Rd.<br>Melbourne, FL 32904-1019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Valley Theater Fabrications**<br>7013 Darby Ave.<br>Reseda, CA 91335 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127,500.00** |
| | **VFX Hollywood**<br>103 N. Whitnall Hwy.<br>Burbank, CA 91505 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **VFX Hollywood LLC**<br>4421 W. King St., Suite #33<br>Burbank, CA 91505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Viking Insulation**<br>3014 Floyd St.<br>Burbank, CA 91504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: __ | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Modern VideoFilm, Inc.** | | Case number *(if known)* | **8:18-bk-11792-MW** |
|--------|------|--|--------|--------|
| | Name | | | |

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,769.00** |
|--------|------|------|------|

**Visual Data Media Services**
**610 N. Hollywood Way**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,639.95** |
|--------|------|------|------|

**Walt Disney**
**500 S. Buena Vista St.**
**Burbank, CA 91521**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|--------|------|------|------|

**Walton Empire Center V, LLC**
**900 N. Michigan Ave., Suite 1900**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,606.12** |
|--------|------|------|------|

**Warner Bros**
**4000 Warner Blvd.**
**Burbank, CA 91522**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|--------|------|------|------|

**Waste Management**
**1001 Fannin Street**
**Houstan, TX 77002**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|--------|------|------|------|

**Wendy Sale**
**220 Manhattan Ave., #80**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357.08** |
|--------|------|------|------|

**Westlake Pro**
**4101 Lankershim Blvd.**
**Universal City, CA 91602**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  Various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

5/30/18  2:14PM

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $867,106.10 |
|---|---|---|---|

**WH Empire Center V, LLC**
**c/o Walton Street Capital LLC**
**900 N. Michigan Ave., Suite 1900**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208.19 |
|---|---|---|---|

**Wild Carvery**
**150 E. Olive Ave.**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,154.42 |
|---|---|---|---|

**Windstream**
**PO Box 3177**
**Cedar Rapids, IA 52406-3177**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zayo Group Holdings**
**1805 29th St., Suite 2050**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 47,626.50 |
| 5b. Total claims from Part 2 | | 5b.  + | $ | 91,397,784.76 |
| 5c. Total of Parts 1 and 2 | Lines 5a + 5b = 5c. | 5c. | $ | 91,445,411.26 |

**Fill in this information to identify the case:**

Debtor name    **Modern VideoFilm, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:18-bk-11792-MW**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

5/30/18 2:14PM

**Fill in this information to identify the case:**

Debtor name    **Modern VideoFilm, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:18-bk-11792-MW**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Moca Services, LLC** | **4411 West Olive Ave. Burbank, CA 91505** | **Medley Capital Corporation** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **Modern Sound, Inc.** | **2300 Empire Ave., Suite 200 Burbank, CA 91504** | **Medley Capital Corporation** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 **Modern VideoFilm - GA, LLC** | | **Medley Capital Corporation** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 **Modern VideoFilm Holdings, LLC** | **23679 Calabasas Road, Suite 1056 Calabasas, CA 91302** | **Medley Capital Corporation** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.5 **Modern VideoFilm, - LA, LLC** | | **Medley Capital Corporation** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **MVF Worldwide Services, Inc.** | **4411 West Olive Ave. Burbank, CA 91505** | **Medley Capital Corporation** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name  **Modern VideoFilm, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:18-bk-11792-MW**

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **N/A** | **$0.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **N/A** | **$0.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **N/A** | **$0.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | **N/A** | **$0.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | **N/A** | **$0.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | **N/A** | **$0.00** |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Grobstein Teeple, LLP**<br>**One Ventura Plaza, Suite 250**<br>**Irvine, CA 92618**<br>**Director** | **02/28/2018** | **$20,552.76** | |
| 4.2. **Grobstein Teeple, LLP**<br>**One Ventura Plaza, Suite 250**<br>**Irvine, CA 92618**<br>**Director** | **09/01/2017** | **$30,361.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Debtor    **Modern VideoFilm, Inc.**    Case number *(if known)*    **8:18-bk-11792-MW**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Moshe Barkat and Modern VideoFilm Holdings, LLC v Medley Corporation, et. al**<br>**BC583437** | **Breach of employment contract; breach of fiduciary duty; unfair competition, etc.** | **Superior Ct of California, Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Modern VideoFilm Holdings, LLC, on behalf of Modern VideoFilm, Inc. v Medley Corporation, et. al**<br>**BC631888** | **Breach of fiduciary duty, etc.** | **Superior Ct of California, Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

Debtor    **Modern VideoFilm, Inc.**                                    Case number *(if known)*  **8:18-bk-11792-MW**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **2500 Broadway**<br>**Santa Monica, CA 90404** | **unknown to 6/30/2015** |
| 14.2.  **2300 Empire Ave.**<br>**Suite 200**<br>**Burbank, CA 91504** | **unknown to 6/30/2015** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Modern VideoFilm, Inc.**                                            Case number *(if known)*  **8:18-bk-11792-MW**

---

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Modern VideoFilm, Inc.**                              Case number *(if known)*  **8:18-bk-11792-MW**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **MVF Worldwide Services, Inc.** | **Provided duplication and distribution across Warner Bros. Library** | EIN:   95-4717277<br><br>From-To   1998-2012 |
| 25.2.  **Modern Sound, Inc.** | | EIN:<br><br>From-To   1988-2012 |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Grobstein Teeple LLP**<br>**One Ventura Plaza, Suite 250**<br>**Irvine, CA 92618** | **Foreclosed upon and books and records sold to Point.360** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Debtor    **Modern VideoFilm, Inc.**                                    Case number *(if known)*  **8:18-bk-11792-MW**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard Grobstein | One Ventura Plaza, Suite 250 Irvine, CA 92618 | Director | 0.00 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Howard Grobstein** One Ventura Plaza, Suite 250 Irvine, CA 92618 | $50,913.76 | Various | **Compensation for services** |
| Relationship to debtor Director | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

5/30/18  3:14PM

Debtor    **Modern VideoFilm, Inc.**                                              Case number *(if known)*  **8:18-bk-11792-MW**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____MAY 30, 2018____

_____          **Howard Grobstein**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Director**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☑ Yes

---

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Garrick A. Hollander**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **166316**<br>ghollander@wcghlaw.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Modern VideoFilm, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.: **8:18-bk-11792-MW**<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, _____**Howard Grobstein**_____, the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:
          ☒ I am the president or other officer or an authorized agent of the Debtor corporation
          ☐ I am a party to an adversary proceeding
          ☐ I am a party to a contested matter
             I am the attorney for the Debtor corporation

2.a.    ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
          class of the corporation's(s') equity interests:
          See Addendum

   b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____
Date      *May 30, 2018*

By: _____
Signature of Debtor, or attorney for Debtor

Name:     Howard Grobstein, Director
          Printed name of Debtor, or attorney for
          Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

 **Modern VideoFilm Holdings, LLC
 23679 Calabasas Road, Suite 1056
 Calabasas, CA 91302**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Modern VideoFilm, Inc.** _____     Case No.   **8:18-bk-11792-MW**
                                       Debtor(s)                Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 0.00 |
   | Prior to the filing of this statement I have received | $ | $183,265.79[1] |
   | Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

        ☐ Debtor    ■ Other (specify):   Medley Capital Corporation

3.    The source of compensation to be paid to me is:

        ☐ Debtor    ■ Other (specify):   DIP financing proceeds from Medley Capital Corporation; litigation proceeds from collections

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **See application to employ Winthrop Couchot Golubow Hollander, LLP on file with the Court for services to be rendered.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____5/30/18_____
Date

Garrick A. Hollander
*Signature of Attorney*
**Winthrop Couchot Golubow Hollander, LLP**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4100  Fax: 949-720-4111**
**ghollander@wcghlaw.com**
*Name of law firm*

---

[1] The firm received a total of $183,266 of fees and expenses within one year of the petition date for services rendered to the Debtor; however, only approximately $120,000 of this amount was for services rendered and expenses incurred in contemplation of or in connection with the bankruptcy case.