| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Garrick A. Hollander, SBN 166316<br>ghollander@wcghlaw.com<br>Winthrop Couchot Golubow Hollander, LLP<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br>T: 949-720-4100 / F: 949-720-4111<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* Modern VideoFilm, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION ▼

| In re:<br><br>MODERN VIDEOFILM, INC.,<br><br><br><br>Debtor(s) | CASE NO.: 8:18-bk-11792-MW<br>CHAPTER: 11 ▼<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B ☐ Schedule C ☒ Schedule D ☒ Schedule E/F ☐ Schedule G

☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2 ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers ☐ Statement of Intention ☒ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 7/3/18

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Modern VideoFilm, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:18-bk-11792-MW** |

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **County of Los Angeles Tax Collector** <br> Creditor's Name <br><br> **Attn: Treasurer and Tax Collector** <br> **225 N. Hill Street** <br> **Los Angeles, CA 90012** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **12/7/2015** <br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **Lien # 20151528223; 20151528224; 20151528225; 20151117773** <br><br><br> **Describe the lien** <br> **County tax lien** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | | $404,012.00 | $0.00 |
| **2.2** | **Dell Financial Services LLC** <br> Creditor's Name <br><br> **1 Dell Way** <br> **Round Rock, TX 78682** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **10/17/2011** <br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien** <br> **UCC 20113979153** <br><br><br> **Describe the lien** <br> **UCC** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply | | Unknown | $0.00 |

Debtor    **Modern VideoFilm, Inc.**                                    Case number (if know)    **8:18-bk-11792-MW**
          Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.3 | **Medley Capital Corporation** | Describe debtor's property that is subject to a lien | $87,000,000.00 * | $0.00 |
|---|---|---|---|---|

Creditor's Name

**as Collateral Agent**
**375 Park Ave., Suite 3304**
**New York, NY 10152**
Creditor's mailing address

UCC 20123686849;
20123686922; 20123687268

Describe the lien

**UCC**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**9/25/2012**
Last 4 digits of account number

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

*Claim may be offset if and to the extent the Debtor has a claim and right of offset against Medley. See Schedule A/B #74 Causes of actions against third parties; Exhibit A.

---

| 2.4 | **State of California** | Describe debtor's property that is subject to a lien | $634,790.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Franchise Tax Board**
**Lien Program MS A456**
**PO BOX 2952**
**Sacramento, CA 95827**
Creditor's mailing address

UCC 20161027380

Describe the lien

**State Tax Lien / L.A. County**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**8/9/2016**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$88,038,802.00** |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Modern VideoFilm, Inc.**
_____
Name

Case number (if know)    **8:18-bk-11792-MW**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Modern VideoFilm, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:18-bk-11792-MW**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aidan Standford**<br>**28983 Sam PL., Apt 4**<br>**Canyon Country, CA 91387** | $0.00 | $0.00 |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**Various** | Basis for the claim: |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |
| **2.2** | Priority creditor's name and mailing address<br>**Betsy Ceder**<br>**4434 Strohm Ave.**<br>**North Hollywood, CA 91602** | $8,810.50 | $0.00 |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |  |  |
|  | Date or dates debt was incurred<br>**Various** | Basis for the claim: |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    27277                    Best Case Bankruptcy

| Debtor | **Modern VideoFilm, Inc.** | | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**California Dept. of Tax and Fee Adm**
**Special Operations Branch, MIC: 55**
**PO Box 942879**
**Sacramento, CA 94279**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Craig C. Price**
**16714 Monte Alto Place**
**Pacific Palisades, CA 90272**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dan Holler**
**7438 Shire Pkwy**
**Mechanicsville, VA 23111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**David Cole**
**361 N. Citrus Ave.**
**Los Angeles, CA 90036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,310.00** | $0.00 |
|---|---|---|---|---|

**Deborah Ives Lloyd**
**1088 Viognier Way**
**Gilroy, CA 95020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Employment Dev. Dept.**
**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**LIEN PROGRAM MS A456**
**PO BOX 2952**
**Sacramento, CA 95827**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,850.00 | $0.00 |
|---|---|---|---|---|

**Frank Bluestein**
**3374 Coy Drive**
**Sherman Oaks, CA 91423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**George A. Romano**
**17617 Romar Street**
**Northridge, CA 91325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Greg Ciaccio**
**2539 Almaden Ct**
**Los Angeles, CA 90077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Gregory Garvin**
**9823 Karmont Ave**
**South Gate, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

---

**2.15**

Priority creditor's name and mailing address
**Heidi Jariwala**
**1255 10th Street, Unit 105**
**Santa Monica, CA 90401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16**

Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17**

Priority creditor's name and mailing address
**Janine M O'Barr**
**3130 Hamilton Way**
**Los Angeles, CA 90026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$11,388.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18**

Priority creditor's name and mailing address
**Jeffrey Winston**
**c/o Katharina Martinka**
**1626 Pierce Street, Apt. 421**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**John Svetlick**
**2313 Andreo Ave**
**Torrance, CA 90501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jonathan D. Juarez**
**13400 Elsworth Street, Apt 225**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,268.00 | $0.00 |
|---|---|---|---|---|

**Jr Carillo**
**18822 Renault Street**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Julie K. Hoffman**
**511 San Vicente Blvd., Unit 206**
**Santa Monica, CA 90402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Modern VideoFilm, Inc.** | | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kenneth Quain**
**1730 Oak Street**
**Santa Monica, CA 90405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Liberty B. Reyes**
**PO Box 335**
**Wilmington, CA 90748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
**Treasurer and Tax Collector**
**225 N Hill St #109**
**Los Angeles, CA 90054-0110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mark Smirnoff**
**25419 Verne Ct.**
**Stevenson Ranch, CA 91381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Marvin Hall
447 San Vicente Blvd., Apt 3
Santa Monica, CA 90402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michael Will
3796 Red Hawk Ct
Simi Valley, CA 93063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Orange County Tax Collector
630 N. Broadway
Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Securities & Exchange
Commission
Attn:  Bankruptcy Counsel
444 South Flower St., #900
Los Angeles, CA 90071-9591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Board of Equalization**
**Sp. Operations, Bkcy Team, MIC:**
**74**
**PO Box 942879**
**Sacramento, CA 94279-0074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vahe Giragol**
**15250 Knapp Street**
**North Hills, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vincenzo M. Pirozzi**
**371 W Lutge Ave.**
**Burbank, CA 91506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Walter Bigelow**
**375 S 3rd Street, Apt. 319**
**Burbank, CA 91502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Modern VideoFilm, Inc.** | | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | **Wendy Canto**<br>**623 E Santa Anita Ave., Apt A**<br>**Burbank, CA 91501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**William E. Coffin**
**2684 Fallcreek Court**
**Simi Valley, CA 93063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $347.85 |
|---|---|---|---|

**101 Korean BBQ**
**11009 Burbank Blvd., #108**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A Harris Company**
**10914 National Blvd., Unit 106**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A Lavar Taylor**
**3 Hutton Center Drive, Suite 500**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Modern VideoFilm, Inc.** | | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,510.17 |
|---|---|---|---|
| | **Accenture LLP**<br>**161 N Clark Street**<br>**Chicago, IL 60601** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Accuvant**<br>**1144 15th Street, Suite 2900**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,110.00 |
|---|---|---|---|
| | **ADP**<br>**55 South Lake Drive**<br>**Pasadena, CA 94588** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | **Advanced Digital Services Inc.**<br>**948 N. Cahuenga Blvd.**<br>**Hollywood, CA 90038** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Affordable Storage, LLC**<br>**3615 N. San Fernando Blvd.**<br>**Burbank, CA 91505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Air Conditioning Company**<br>**6265 San Fernando Road**<br>**Glendale, CA 91201-2214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,240.65 |
|---|---|---|---|
| | **Alt Systems, Inc.**<br>**1562 Fairmount Rd.**<br>**Westlake Village, CA 91362** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Arbritation**
725 South Figueroa, Suite 400
Los Angeles, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andy Schuler**
943 Goodwin Ave.
San Jose, CA 95128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Artisans Public Relations**
2242 Guthrie Circle
Los Angeles, CA 90034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Assimilate, Inc.**
3375 Scott Blvd., #300
Santa Clara, CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.54 |
|---|---|---|---|

**AT&T Mobility**
PO Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.34 |
|---|---|---|---|

**AT&T Teleconference Services**
PO Box 5002
Carol Stream, IL 60197-5002

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,022.35 |
|---|---|---|---|

**Automatic Data Processing**
One ADP Drive MS 600
Augusta, GA 30909

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Tarpey, DBA Accurate Shade and Bli**
**12767 Foothill Blvd., Suite A**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,192.34 |
|---|---|---|---|

**Bruce's Entertainment**
**PO Box 206**
**Castaic, CA 91310-0206**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __Various__

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $281,000.00 |
|---|---|---|---|

**CA - Colorado Center, LLC**
**c/o Equity Office**
**Attn: Managing Counsel**
**3100 Bristol Street, Suite 200**
**Costa Mesa, CA 92626**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CA - Colorado Center, LLC**
**c/o Equity Office**
**Attn: Lease Administration**
**222 S. Riverside Plaza, Suite 2000**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __For Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CA - Colorado Center, LLC**
**c/o Halling Meza, LLP**
**Attn: Chris W. Halling**
**23586 Calabasas Road, Suite 200**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __For Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,610.00 |
|---|---|---|---|

**Caption Media Services, LLC**
**4000 W Alameda Avenue, Suite 110**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __Various__

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Captions, Inc.**
**640 S. Glenwood Pl.**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Celetix Network** | ☐ Contingent | |
| | **215 Fourier Ave., #140** | ☐ Unliquidated | |
| | **Fremont, CA 94539** | ☐ Disputed | |
| | Date(s) debt was incurred  **Various** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Chace Audio by Deluxe** | ☐ Contingent | |
| | **201 South Victory Blvd.** | ☐ Unliquidated | |
| | **Burbank, CA 91502** | ☐ Disputed | |
| | Date(s) debt was incurred  **Various** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Charles Sweet** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred  **Various** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Chrest Business Dynamics** | ☐ Contingent | |
| | **2716 Vine Street** | ☐ Unliquidated | |
| | **Denver, CO 80205** | ☐ Disputed | |
| | Date(s) debt was incurred  **Various** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Christie Digital** | ☐ Contingent | |
| | **10550 Camden Dr.** | ☐ Unliquidated | |
| | **Cypress, CA 90630** | ☐ Disputed | |
| | Date(s) debt was incurred  **Various** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,475.00 |
|---|---|---|---|
| | **City of Burbank** | ☐ Contingent | |
| | **164 W. Magnolia Blvd.** | ☐ Unliquidated | |
| | **Burbank, CA 91502** | ■ Disputed | |
| | Date(s) debt was incurred  **Various** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,155.47 |
|---|---|---|---|
| | **City Of Glendale** | ☐ Contingent | |
| | **141 N. Glendale Ave., Level 2** | ☐ Unliquidated | |
| | **Glendale, CA 91206** | ■ Disputed | |
| | Date(s) debt was incurred  **Various** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clay Dunn Entpr, Inc. DBA Air-Tec**
**1606 E. Carson Street**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,241.00 |
|---|---|---|---|

**Cohn Reznick**
**1900 Ave of the Stars, 28th Flr.**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cohn Reznick, LLP**
**11755 Wilshire Blvd., 17th Floor**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,789.13 |
|---|---|---|---|

**Collicut Energy**
**12349 Hawkins Street**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colour In Mind Corp**
**5850 Canoga Ave., Suite 400**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,558.43 |
|---|---|---|---|

**Computer Discount Warehouse**
**PO Box 75723**
**Chicago, IL 60675-5723**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.00 |
|---|---|---|---|

**CT Corporation**
**818 W. 7th St., #930**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

---

**3.39** | Nonpriority creditor's name and mailing address

**Custom Creations**
**3920 Hitch Blvd.**
**Moorpark, CA 93021**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

**Daystrom, Inc.**
**3182 Campius Drive, Suite 401**
**San Mateo, CA 94403**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address

**Dell**
**One Dell Way**
**Round Rock, TX 78682**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address

**Deloitte Financial Advisory Service**
**350 South Grand Ave., Suite 200**
**Los Angeles, CA 90071**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address

**Deloitte, Attn: Mihael Epstein**
**200 Berkeley Street, 10th Fl.**
**Boston, MA 02116**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address

**Deluxe Labs**
**2400 W. Empire Ave.**
**Burbank, CA 91504**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address

**DHL Express**
**15041 Keswick St.**
**Van Nuys, CA 91405**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Digi-Key**
**701 Brooks Ave. South**
**P.O Box, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Domingo Sosa Castaneda, c/o Edwin Pairav**
**1875 Century Park East, Suite 1025**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,488.14**

**Doremi Labs**
**1020 Chestnut St.**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Doug Delaney**
**21901 De La Osa St.**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Downsize & Get Organized**

**Westlake Village, CA 91359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Drymaxxair Solutions, LLC**
**14402 Haynes St., Suite 203**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Econram Systems**
**8306 Wilshire Blvd., #1737**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,567.47** |
|---|---|---|---|

**Edgewise Media, Inc.(Media Dist)**
602 N. Cypress St.
Orange, CA 92867-6604

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ekinops Corp**
19640 clubhouse rd
Montgomery Village, MD 20886

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,897.93** |
|---|---|---|---|

**Elemental Technologies**
225 SW Broadway, Ste 600
Portland, OR 97205

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Epstein & Beuerlein, PC**
23823 Malibu Rd., Suite 50-150
Malibu, CA 90265

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ericksen Arbuthnot**
570 Lennon Lane
Walnut Creek, CA 94598-2415

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,582.77** |
|---|---|---|---|

**Federal Express Corporation**
3965 Airways, Module G
Memphis, TN 38116

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,974.35** |
|---|---|---|---|

**Filmlight Digital Film**
3255 Cahuenga Blvd W., Ste 301
Los Angeles, CA 90068

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Modern VideoFilm, Inc.** | Case number (*if known*) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Filmtrack**
**12001 Ventura Pl, #500**
**Studio City, CA 91604**

**Date(s) debt was incurred** **Various**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Fisher & Phillips, LLP**
**2050 Main Street, Suite 1000**
**Irvine, CA 92614**

**Date(s) debt was incurred** **Various**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Fotokem**
**2801 W. Alameda Ave.**
**Burbank, CA 91505**

**Date(s) debt was incurred** **Various**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$75,372.32

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Frank Bluestein**
**3374 Coy Drive**
**Sherman Oaks, CA 91423**

**Date(s) debt was incurred** **Various**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,411.87

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Fresh Brothers (Golden Road)**
**635 S. Lake Street**
**Gary, IN 46403**

**Date(s) debt was incurred** **Various**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$135.79

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Gallade Chemical**
**1230 E. Gertrude Street Place**
**Santa Ana, CA 92707**

**Date(s) debt was incurred** **Various**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,556.52

---

**3.66**

**Nonpriority creditor's name and mailing address**

**George C. & Charlotte W. Hopkins**
**601 E Glenoaks Blvd #200**
**Glendale, CA 91207**

**Date(s) debt was incurred** **Various**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glen Q. Eason**
**5460 Angeles Vista Bl.**
**Los Angeles, CA 90043-1508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Golden Roads Food Services LLC, Fresh Br**
**2008 N. Sepulveda Blvd.**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $651.28 |
|---|---|---|---|

**Grain Lab**
**1737 N. Victory Blvd.**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gravitas Real Estate Solutions, LL**
**381 Park Street, Suite 200**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,409.28 |
|---|---|---|---|

**Harmonic Inc.**
**4300 N. First St.**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,726.20 |
|---|---|---|---|

**I.V.B. Media Services, Inc.**
**5542 Satsuma Ave.**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ideanova Technologies**
**600 S. Washington St., Suite 301**
**Naperville, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Modern VideoFilm, Inc.**    Case number *(if known)*    **8:18-bk-11792-MW**

Name

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,905.00 |
|---|---|---|---|

**Interra Systems Inc.**
1601 S. De Anza Blvd., Ste 212
Cupertino, CA 95014

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Intex Solutions, Inc.**
507 Washington Blvd.
Montebello, CA 90640

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,488.00 |
|---|---|---|---|

**IX2 Center (Wilcon)**
624 S. Grand Ave, Ste 2500
Los Angeles, CA 90017

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IX2 Center Wilshire**
624 S. Grand Ave, Ste 2500
Los Angeles, CA 90017

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IX2 Center, LLC**
624 S. Grand Ave., Ste. 2500
Los Angeles, CA 90017

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.28 |
|---|---|---|---|

**Izzy's Deli**
1433 Wilshire Blvd.
Santa Monica, CA 90403

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamil-Dean Ashe**
25761 Tournament Road
Valencia, CA 91355

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.81** | **Nonpriority creditor's name and mailing address**
**JR Media Services**
**8837 Lankershim Blvd.**
**Sun Valley, CA 91352**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$6,268.40**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address**
**Katharina Martnka**
**1626 Pierce St., Apt. #421**
**San Francisco, CA 94115-5228**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**
**Kent Landsberg**
**1640 S. Greenwood Ave.**
**Montebello, CA 90640**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$3,154.49**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**
**Kibel Green**
**12300 Wilshire Blvd., Suite 300**
**Los Angeles, CA 90025**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$32,393.49**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**
**L.A. County Tax Collector**
**225 North Hill Street., Room 122**
**Los Angeles, CA 90012**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$362,865.30**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**
**Lanny Electronics**
**995 E. Discovery Ln.**
**Anaheim, CA 92801**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address**
**LaRue Corrigan**
**5959 Topanga Canyon Blvd., Ste. 180**
**Woodland Hills, CA 91367**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Modern VideoFilm, Inc.** | | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Laz Parking**
**15 Lewis Street**
**Hartford, CT 06103**

**Date(s) debt was incurred**  **Various**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.89**

**Nonpriority creditor's name and mailing address**

**LCN Technology**
**1953 San Elijo Ave.**
**Cardiff, CA 92007**

**Date(s) debt was incurred**  **Various**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,647.00

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Legend**
**PO Box 926**
**Atwood, CA 92811-0926**

**Date(s) debt was incurred**  **Various**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,111.40

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Lidia Shaddow**
**20409 Clark Street**
**Woodland Hills, CA 91364**

**Date(s) debt was incurred**  **Various**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Liebert Global Services**
**610 Executive Campus Drive**
**Westerville, OH 43082**

**Date(s) debt was incurred**  **Various**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,661.60

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Lotus Chinese Gourmet**
**511 N. Glenoaks Blvd.**
**Burbank, CA 91501**

**Date(s) debt was incurred**  **Various**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$372.36

---

**3.94**

**Nonpriority creditor's name and mailing address**

**ManagEase**
**4 Park Plaza, #550**
**Irvine, CA 92614**

**Date(s) debt was incurred**  **Various**

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,004,883.00

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mary Ann Fialkowski**
**734 Fairfield Circle**
**Pasadena, CA 91106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**McKinley Elevator Corp.**
**17611 Armstrong Ave.**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,000,000.00** *

**Medley Capital Corporation**
**Attn: Susan Alker, Dep. Gen. Couns.**
**600 Montgomery Street, 35th Floor**
**San Francisco, CA 94111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Micro Focus**
**The Lawn 22-30 Old Bath Rd.**
**Newbury, Berkshire, UK RG14 1QN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,177.98**

**Midnite Express**
**26035 Network Place**
**Chicago, IL 60673-1260**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$306.72**

**Mills Technique**
**140 E. Lemon Ave.**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00**

**Mode HQ**
**1542 Cassil Place**
**Hollywood, CA 90028**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

*Claim may be offset if and to the extent the Debtor has a claim and right of offset against Medley.
See Schedule A/B #74 Causes of actions against third parties; Exhibit A.

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

**3.102** | Nonpriority creditor's name and mailing address

**Moshe Barkat**
**4380 Park Milano**
**Calabasas, CA 91302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address

**Moshe Barkat**
**c/o Louis R. Miller, Esq.**
**Miller Barondess, LLP**
**1999 Avenue of the Stars, Ste 1000**
**Los Angeles, CA 90067**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Counsel to Moshe Barkat and Modern VideoFilm Holdings, LLC; For notice purposes only**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address

**Mover Services**
**721 E. Compton Blvd.**
**Rancho Dominguez, CA 90220**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address

**Moviola**
**1135 N. Mansfield Ave.**
**Los Angeles, CA 90038**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address

**North End Pizzaria**
**212 E. Orange Grove Ave.**
**Burbank, CA 91504**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $82.70

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address

**Office Depot**
**PO Box 630813**
**Cincinnati, OH 45263-0813**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $477.20

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address

**Office Max**
**6600 N. Military Trl.**
**Boca Raton, FL 33496**

Date(s) debt was incurred  **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Modern VideoFilm, Inc.** | | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,996.58** |
|---|---|---|---|
| | **ONX USA**<br>**5910 Landerbrook Dr., Ste 300**<br>**Mayfield Height, OH 44124** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  Various** | Basis for the claim: _ | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Pacific Radio**<br>**3031 Thorton Ave.**<br>**Burbank, CA 91504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  Various** | Basis for the claim: _ | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Packair Freight**<br>**1700 W. El Segundo Blvd.**<br>**Gardena, CA 90249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  Various** | Basis for the claim: _ | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,452.84** |
|---|---|---|---|
| | **Panasonic Broadcast Systems**<br>**3330 Cahuenga Blvd. W., Ste 101**<br>**Los Angeles, CA 90068** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  Various** | Basis for the claim: _ | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,224.15** |
|---|---|---|---|
| | **Park Place Technologies**<br>**5910 Landerbrook Dr., Ste 300**<br>**Mayfield Height, OH 44124** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  Various** | Basis for the claim: _ | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | **Penske Business Media, LLC**<br>**11175 Santa Monica Blvd.**<br>**Los Angeles, CA 90025** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  Various** | Basis for the claim: _ | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.96** |
|---|---|---|---|
| | **Photo Research**<br>**9731 Topanga Canyon Pl.**<br>**Chatsworth, CA 91311** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  Various** | Basis for the claim: _ | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

**3.116** | Nonpriority creditor's name and mailing address

**Point.360**
c/o Lewis R. Landau
22287 Mulholland Hwy, #318
Calabasas, CA 91302

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.117** | Nonpriority creditor's name and mailing address

**Point.360**
2701 Media Center Drive
Los Angeles, CA 90065

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.118** | Nonpriority creditor's name and mailing address

**Preco**
7663 N. San Fernando Rd.
Burbank, CA 91505

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.119** | Nonpriority creditor's name and mailing address

**Proquire**
161 N Clark Street
Chicago, IL 60601-3200

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.120** | Nonpriority creditor's name and mailing address

**Quantom Corp.**
224 Airport Parkway, Suite 550
San Jose, CA 95110

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.121** | Nonpriority creditor's name and mailing address

**Quinn Cat Group**
10006 Rose Hills Road
City of Industry, CA 90601

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,319.47

---

**3.122** | Nonpriority creditor's name and mailing address

**R. Edward Black**
3740 Oak Hill Avenue
Los Angeles, CA 90032

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| Debtor    **Modern VideoFilm, Inc.** | Case number (if known)    **8:18-bk-11792-MW** |
| Name | |

---

**3.123**

**Nonpriority creditor's name and mailing address**

**Real D**
**100 N. Crescent Dr., Ste 120**
**Beverly Hills, CA 90210**

**Date(s) debt was incurred  Various**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,721.10

---

**3.124**

**Nonpriority creditor's name and mailing address**

**Rose Hook**
**23 Hitchcock Way #109**
**Santa Barbara, CA 93105**

**Date(s) debt was incurred  Various**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$57.55

---

**3.125**

**Nonpriority creditor's name and mailing address**

**Roxanna Sassanian**
**PO Box 1624**
**Studio City, CA 91614**

**Date(s) debt was incurred  Various**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126**

**Nonpriority creditor's name and mailing address**

**Royal Corp.**
**10232 Palm Dr.**
**Santa Fe Springs, CA 90670**

**Date(s) debt was incurred  Various**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.127**

**Nonpriority creditor's name and mailing address**

**S & H Resources**
**26560 Agoura Rd., #103A**
**Calabasas, CA 91302**

**Date(s) debt was incurred  Various**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128**

**Nonpriority creditor's name and mailing address**

**S.A.M. Moving Inc.**
**13950 Rosecrans Blvd., Ste E**
**Santa Fe Springs, CA 90706**

**Date(s) debt was incurred  Various**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,786.00

---

**3.129**

**Nonpriority creditor's name and mailing address**

**S.M.P.T.E**
**445 Hamilton Ave., Ste. 601**
**White Plains, NY 10601-1827**

**Date(s) debt was incurred  Various**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8-18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.71 |
|---|---|---|---|

**Seasalt Fish Grill**
**508 Santa Monica Blvd.**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Seeley Brothers**
**1400 Moonstone**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,354.61 |
|---|---|---|---|

**SHI Corp.**
**290 Davidson Ave.**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,629.00 |
|---|---|---|---|

**Signiant**
**91 Hartwell Ave., 2nd Flr**
**Lexington, MA 02421**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**SmartJog USA Inc.**
**11845 W. Olympic Blvd., Ste 900**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,610.00 |
|---|---|---|---|

**SMV Complete Media**
**4100 W. Alameda Ave., Suite 208**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,218.00 |
|---|---|---|---|

**Sony Corporation**
**One Sony Drive**
**Park Ridge, NJ 07656-8003**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.21 |
|---|---|---|---|

**Specialty Enterprises**
720 W. 121st Ave.
Westminster, CO 80234

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Spectralink Corporation**
2560 55th Street
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.63 |
|---|---|---|---|

**Sprint**
PO Box 8077
London, KY 40742

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stanislawski and Harrison**
301 N. Lake Ave., #900
Pasadena, CA 91101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,771.25 |
|---|---|---|---|

**Sun Label**
2123 Floyd St.
Burbank, CA 91504

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Susan Dworski**
821 Nowita Place
Venice, CA 90291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tamara Gagarin**
910 N. 6th Street
Burbank, CA 91501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|---|
| | Name | | | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Techno Steel**
**11132 Fleetwood St., #G**
**Sun Valley, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,571.31 |
|---|---|---|---|

**Telepacific Communications**
**515 S. Flower St., 47th Flr**
**Los Angeles, CA 90071-2201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,756.00 |
|---|---|---|---|

**The Electric Connection**
**9937 Commerce Ave.**
**Tujunga, CA 91042**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53.11 |
|---|---|---|---|

**The Gas Company**
**PO Box C**
**Monterey Park, CA 91756-5111**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.01 |
|---|---|---|---|

**The Smoke House**
**4420 Lakeside Dr.**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Switch/Beers Enterprise**
**683 Main Street, A-2**
**Osterville, MA 02655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Woodward Group**
**300 N. Continental Blvd., Suite 315**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thinklogical**
100 Washington St.
Milford, CT 06460-3133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.50 |
|---|---|---|---|

**Tri-Signal Integration**
15853 Monte St.
Sylmar, CA 91342

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.20 |
|---|---|---|---|

**United Parcel Service**
PO Box 7247-0244
Philadelphia, PA 19170-0001

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Service Source, Inc.**
9145 Ellis Rd.
Melbourne, FL 32904-1019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Valley Theater Fabrications**
7013 Darby Ave.
Reseda, CA 91335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127,500.00 |
|---|---|---|---|

**VFX Hollywood**
103 N. Whitnall Hwy.
Burbank, CA 91505

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VFX Hollywood LLC**
4421 W. King St., Suite #33
Burbank, CA 91505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number *(if known)* | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Viking Insulation**
3014 Floyd St.
Burbank, CA 91504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,769.00 |
|---|---|---|---|

**Visual Data Media Services**
610 N. Hollywood Way
Burbank, CA 91505

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,639.95 |
|---|---|---|---|

**Walt Disney**
500 S. Buena Vista St.
Burbank, CA 91521

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walton Empire Center V, LLC**
900 N. Michigan Ave., Suite 1900
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,606.12 |
|---|---|---|---|

**Warner Bros**
4000 Warner Blvd.
Burbank, CA 91522

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Waste Management**
1001 Fannin Street
Houstan, TX 77002

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wendy Sale**
220 Manhattan Ave., #80
New York, NY 10025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357.08 |
|---|---|---|---|

**Westlake Pro**
**4101 Lankershim Blvd.**
**Universal City, CA 91602**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $867,106.10 |
|---|---|---|---|

**WH Empire Center V, LLC**
**c/o Walton Street Capital LLC**
**Attn: James Holmes**
**900 North Michigan, Suite 2000**
**Chicago, IL 60611**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WH Empire Center V, LLC**
**c/o Pincher, Nichols & Meeks**
**Attn: Kathleen Hogaboom**
**1901 Avenue of the Stars, Suite 120**
**Los Angeles, CA 90067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208.19 |
|---|---|---|---|

**Wild Carvery**
**150 E. Olive Ave.**
**Burbank, CA 91502**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,154.42 |
|---|---|---|---|

**Windstream**
**PO Box 3177**
**Cedar Rapids, IA 52406-3177**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zayo Group Holdings**
**1805 29th St., Suite 2050**
**Boulder, CO 80301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

| Debtor | **Modern VideoFilm, Inc.** | Case number (if known) | **8:18-bk-11792-MW** |
|---|---|---|---|
| | Name | | |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 47,626.50 |
| **5b. Total claims from Part 2** | 5b. + | $ | 91,519,848.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 91,567,474.66 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Garrick A. Hollander**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **166316**<br>ghollander@wcghlaw.com | |
| ☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Modern VideoFilm, Inc.**

Debtor(s).

CASE NO.: **8:18-bk-11792-MW**

CHAPTER: **11**

Supplemental
**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___9___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: July 3, 2018

Siganture of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

Modern VideoFilm, Inc.
Attn: Howard Grobstein, Director
One Ventura Plaza, Suite 250
Irvine, CA 92618


Winthrop Couchot Golubow Hollander, LLP
Attn:  Garrick A. Hollander, Esq.
1301 Dove Street, Suite 500
Newport Beach, CA 92660


Office of the U.S. Trustee
Attn: Trustee Queenie K Ng
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701

Aidan Standford

28983 Sam Pl., Apt# 4

Canyon Country, CA 91387


Betsy Ceder

4434 Strohm Ave.

North Hollywood, CA 91602


Craig C. Price

16714 Monte Alto Place

Pacific Palisades, CA 90272


Dan Holler

7438 Shire Pkwy

Mechanicsville, VA 23111


Deborah Ives Lloyd

1088 Viognier Way

Gilroy, CA 95020


Frank Bluestein

3374 Coy Drive

Sherman Oaks, CA 91423

George A. Romano

17617 Romar Street

Northridge, CA 91325


Greg Ciaccio

2539 Almaden Ct.

Los Angeles, CA 90077


Gregory Garvin

9823 Karmont Ave.

South Gate, CA 90280


Janine O'Barr

3130 Hamilton Way

Los Angeles, CA 90026


Jeffrey Winston, c/o Katharina Martinka

1626 Pierce St., Apt. #421

San Francisco, CA 94115-5228


John Svetlick

2313 Andreo Ave.

Torrance, CA 90501

Jonathan D. Juarez

13400 Elsworth Street, Apt. 225

Moreno Valley, CA 92553


Jr Carillo

18822 Renault Street

La Puente, CA 91744


Julie K. Hoffman

511 San Vicente Blvd., Unit 206

Santa Monica, CA 90402


Kenneth Quain

1730 Oak Street

Santa Monica, CA 90405


Mark Smirnoff

25419 Verne Ct.

Stevenson Ranch, CA 91381


Marvin Hall

447 San Vicente Blvd., Apt. 3

Santa Monica, CA 90402

Michael Will

3796 Red Hawk Ct.

Simi Valley, CA 93063


Vahe Giragol

15250 Knapp Street

North Hills, CA 91343


Vincenzo M. Pirozzi

371 W. Lutge Ave.

Burbank, CA 91506


Walter Bigelow

375 S. 3rd Street, Apt. 319

Burbank, CA 91501


Wendy Canto

623 E. Santa Anita Ave., Apt A

Burbank, CA 91501


William E. Coffin

2684 Fallcreek Court

Simi Valley, CA 93063

Orange County Tax Collector

630 N. Broadway

Santa Ana, CA 92701


Securities & Exchange Commission

Attn: Bktcy Counsel

444 South Flower St., #900

Los Angeles, CA 90071-9591


State Board of Equalization

 Sp. Operations, Bktcy Team, MIC: 74

PO Box 942879

Sacramento, CA 94279-0074


Collicut Energy

12349 Hawkins Street

Santa Fe Springs, CA 90670


Frank Bluestein

3374 Coy Drive

Sherman Oaks, CA 91423


IX2 Center Wilshire

624 S. Grand Ave., Ste. 2500

Los Angeles, CA 90017

Moshe Barkat

c/o Louis R. Miller, Esq.

1999 Avenue of the Stars, Ste. 1000

Los Angeles, CA 90067

Moshe Barkat

4380 Park Milano

Calabasas, CA 91302

Point 360

2701 Media Center Drive

Los Angeles, CA 90065

Point.360

c/o Lewis R. Landau

22287 Mulholland Hwy., #318

Calabasas, CA 91302

Quinn Cat Group

10006 Rose Hills Road

City of Industry, CA 90601

Kibel Green

12300 Wilshire Blvd., Suite 300

Los Angeles, CA 90025

Walton Empire Center V, LLC

c/o Pircher, Nichols & Meeks, Attn: Kathleen Hogaboom

1901 Avenue of the Stars, Suite 1200

Los Angeles, CA 90067

CA - Colorado, LLC

c/o Equity Office, Attn: Lease Administration

222 S. Riverside Plaza, Suite 2000

Chicago, IL 60606


CA - Colorado, LLC

c/o Halling Meza, LLP, Attn: Chris W. Halling

23586 Calabasas Road, Suite 200

Calabasas, CA 91302


Walton Empire Center V, LLC

 c/o Walton Street Capital, LLC, Attn: James Holmes

900 North Michigan, Suite 2000

Chicago, IL 60611


CA - Colorado Center, LLC

c/o Equity Office, Attn: Managing Counsel

3100 Bristol Street, Suite 200

Costa Mesa, CA 92626


Moca Services, LLC

4411 West Olive Ave.

Burbank, CA 91505

Modern Sounds, Inc.

2300 Empire Ave., Suite 200

Burbank, CA 91504


Modern VideoFilm - GA, LLC




Modern VideoFilm - LA, LLC




Modern VideoFilm Holdings, LLC

Attn: Moshe Barkat

23679 Calabasas Road, Suite 1056

Calabasas, CA 91302


Modern VideoFilm Holdings, LLC

c/o Louis R. Miller, Esq. Miller Barondess, LLP

1999 Avenue of the Stars, Suite 1000

Los Angeles, CA 90067


MVF Worldwide Services, Inc.

4411 West Olive Ave.

Burbank, CA 91505

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1301 Dove Street, Suite 500 Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _July 3, 2018_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _July 3, 2018_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _7/3/2018_ | Stacy Ly | /s/ Stacy Ly |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

NEF SERVICE LIST

- **Chris W Halling** challing@hallingmeza.com, smcdonald@hallingmeza.com
- **Garrick A Hollander** ghollander@wcghlaw.com,
  pj@wcghlaw.com;sly@wcghlaw.com;Meir@virtualparalegalservices.com
- **William W Huckins** whuckins@allenmatkins.com, clynch@allenmatkins.com
- **Lewis R Landau** Lew@Landaunet.com
- **Andrew B Levin** alevin@wcghlaw.com,
  Meir@virtualparalegalservices.com;pj@wcghlaw.com;sly@wcghlaw.com
- **Peter W Lianides** plianides@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- **David L. Neale** dln@lnbyb.com
- **Queenie K Ng** queenie.k.ng@usdoj.gov
- **Juliet Y Oh** jyo@lnbrb.com, jyo@lnbrb.com
- **Justin E Rawlins** jrawlins@winston.com, docketla@winston.com;justin-rawlins-
  0284@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

SERVICE BY FIRST CLASS MAIL (UNLESS NEF INDICATED)

*MVF Supplemental Verification
MML*

*From 1-Column MML (#234616)*

*Document No.234617*

Aidan Standford
28983 Sam Pl., Apt# 4
Canyon Country, CA 91387

Betsy Ceder
4434 Strohm Ave.
North Hollywood, CA 91602

Craig C. Price
16714 Monte Alto Place
Pacific Palisades, CA 90272

Dan Holler
7438 Shire Pkwy
Mechanicsville, VA 23111

Deborah Ives Lloyd
1088 Viognier Way
Gilroy, CA 95020

Frank Bluestein
3374 Coy Drive
Sherman Oaks, CA 91423

George A. Romano
17617 Romar Street
Northridge, CA 91325

Greg Ciaccio
2539 Almaden Ct.
Los Angeles, CA 90077

Gregory Garvin
9823 Karmont Ave.
South Gate, CA 90280

Janine O'Barr
3130 Hamilton Way
Los Angeles, CA 90026

Jeffrey Winston, c/o Katharina
Martinka
1626 Pierce St., Apt. #421
San Francisco, CA 94115-5228

John Svetlick
2313 Andreo Ave.
Torrance, CA 90501

Jonathan D. Juarez
13400 Elsworth Street, Apt. 225
Moreno Valley, CA 92553

Jr Carillo
18822 Renault Street
La Puente, CA 91744

Julie K. Hoffman
511 San Vicente Blvd., Unit 206
Santa Monica, CA 90402

Kenneth Quain
1730 Oak Street
Santa Monica, CA 90405

Mark Smirnoff
25419 Verne Ct.
Stevenson Ranch, CA 91381

Marvin Hall
447 San Vicente Blvd., Apt. 3
Santa Monica, CA 90402

Michael Will
3796 Red Hawk Ct.
Simi Valley, CA 93063

Vahe Giragol
15250 Knapp Street
North Hills, CA 91343

Vincenzo M. Pirozzi
371 W. Lutge Ave.
Burbank, CA 91506

Walter Bigelow
375 S. 3rd Street, Apt. 319
Burbank, CA 91501

Wendy Canto
623 E. Santa Anita Ave., Apt A
Burbank, CA 91501

William E. Coffin
2684 Fallcreek Court
Simi Valley, CA 93063

Orange County Tax Collector
630 N. Broadway
Santa Ana, CA 92701

Securities & Exchange Commission
Attn: Bktcy Counsel
444 South Flower St., #900
Los Angeles, CA 90071-9591

State Board of Equalization
 Sp. Operations, Bktcy Team,
MIC: 74
PO Box 942879
Sacramento, CA 94279-0074

Collicut Energy
12349 Hawkins Street
Santa Fe Springs, CA 90670

Frank Bluestein
3374 Coy Drive
Sherman Oaks, CA 91423

IX2 Center Wilshire
624 S. Grand Ave., Ste. 2500
Los Angeles, CA 90017

Moshe Barkat
c/o Louis R. Miller, Esq.
1999 Avenue of the Stars, Ste. 1000
Los Angeles, CA 90067

Moshe Barkat
4380 Park Milano
Calabasas, CA 91302

Point 360
2701 Media Center Drive
Los Angeles, CA 90065

Point.360
c/o Lewis R. Landau
22287 Mulholland Hwy., #318
Calabasas, CA 91302

Quinn Cat Group
10006 Rose Hills Road
City of Industry, CA 90601

Kibel Green
12300 Wilshire Blvd., Suite 300
Los Angeles, CA 90025

Walton Empire Center V, LLC
c/o Pircher, Nichols & Meeks, Attn:
Kathleen Hogaboom
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA 90067

CA - Colorado, LLC
c/o Equity Office, Attn: Lease
Administration
222 S. Riverside Plaza, Suite 2000
Chicago, IL 60606

CA - Colorado, LLC
c/o Halling Meza, LLP, Attn:
Chris W. Halling
23586 Calabasas Road, Suite 200
Calabasas, CA 91302

Walton Empire Center V, LLC
 c/o Walton Street Capital, LLC,
Attn: James Holmes
900 North Michigan, Suite 2000
Chicago, IL 60611

CA - Colorado Center, LLC
c/o Equity Office, Attn: Managing
Counsel
3100 Bristol Street, Suite 200
Costa Mesa, CA 92626

Moca Services, LLC
4411 West Olive Ave.
Burbank, CA 91505

Modern Sounds, Inc.
2300 Empire Ave., Suite 200
Burbank, CA 91504

Modern VideoFilm - GA, LLC

Modern VideoFilm - LA, LLC

Modern VideoFilm Holdings, LLC
Attn: Moshe Barkat
23679 Calabasas Road, Suite 1056
Calabasas, CA 91302

Modern VideoFilm Holdings, LLC
c/o Louis R. Miller, Esq. Miller
Barondess, LLP
1999 Avenue of the Stars, Suite
1000
Los Angeles, CA 90067

MVF Worldwide Services, Inc.
4411 West Olive Ave.
Burbank, CA 91505